United States District Court
Eastern District of New York

Pedro Banegas, et al.,

                              Plaintiff(s)

**AFFIDAVIT OF SERVICE**

Case No. CV12-2390

-against-

Lutheran Agustana Center Extended
Care and Rehabilitation, Inc.,

                              Defendant(s)

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 15, 2012 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 306 of the Not for Profit Corporation Law:  Summons in a Civil Action and Complaint, that the party served was Lutheran Augustana Center for Extended Care and Rehabilitation, Inc., a domestic not-for-profit corporation sued herein as Lutheran Agustana Center for Extended Care and Rehabilitation, Inc., the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                        _____
                                                             Mary M. Bonville

Sworn to before me this 15th day of May, 2012

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014