UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PEDRO BANEGAS and KRISTIE PREZIOSO, individually and on behalf of all other persons similarly situated who were employed by LUTHERAN AGUSTANA CENTER EXTENDED CARE AND REHABILITATION, INC. and/or any other entities affiliated with or controlled by LUTHERAN AGUSTANA CENTER EXTENDED CARE AND REHABILITATION, INC.,

                                 Plaintiffs,

-against-

LUTHERAN AGUSTANA CENTER EXTENDED CARE AND REHABILITATION, INC.,

                                 Defendant.

Civ. No.: 12-2390
Block, J.
Mann, M.J.

------------------------------------------------------------X

**STIPULATION EXTENDING DEFENDANT'S TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Pedro Banegas and Kristie Prezioso ("Plaintiffs") and Defendant sued herein as Lutheran Agustana Center Extended Care and Rehabilitation, Inc. ("Defendant"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of Defendant to answer or otherwise respond to the Complaint in this matter shall be extended until and including July 6, 2012; and

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendant, that no previous requests for an extension of the current putative deadline to respond of June 5, 2012 have been made.

*SO ORDERED:*
/s/
*Roanne L. Mann
U.S. Magistrate Judge*
Dated: 6/4/12