

111 Broadway, Suite 1403
New York, New York 10006
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**LaDonna M. Lusher**
Direct dial: (212) 571-2513
llusher@vandallp.com

March 31, 2014

**VIA ECF**
Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Banegas, et al. v. Lutheran Augustana Center Extended Care and Rehabilitation,* Docket No. 12-CV-2390 (FB)(RLM)

Dear Judge Block:

  We represent Plaintiffs in the above matter. We write to request a brief extension for Plaintiffs to file our motion for final approval of the class action settlement, summary of claims made, proposed final order and Plaintiffs' Counsel's fee application, currently due on April 1, 2014.

  Plaintiffs' Counsel is reviewing the claims that were filed and the damage calculations provided by Defendants. Plaintiffs' Counsel respectfully requests two additional days to finish our review and analysis of the damage calculations. Accordingly, we respectfully request that the deadline to file our motion for final approval of the class action settlement, summary of claims made, proposed final order and Plaintiffs' Counsel's fee application be extended until April 3, 2014. Defendants consent to this request.

            Respectfully submitted,

            _____/s/_____
            LaDonna M. Lusher

cc: Roger Briton, Esq. (via ECF)
   Noel P. Tripp, Esq. (via ECF)